960

Present—Dillon, P. J., Callahan, Pine, Balio and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN VAN DE MORTEL, Appellant.—

Present—Dillon, P. J., Callahan, Pine, Balio and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v